■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY S. BIALYNSKI, Appellant. [673 NYS2d 954] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Aggravated Unlicensed Operation Motor Vehicle, 1st Degree.) Present—Denman, P. J., Pine, Pigott, Jr., Callahan and Balio, JJ. (Filed Apr. 27, 1998.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TARA ARMOLD, Appellant. [673 NYS2d 955] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Wisner, Pigott, Jr., Callahan and Balio, JJ. (Filed Apr. 28, 1998.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW JOHNSON, Appellant. [673 NYS2d 955] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Wisner, Pigott, Jr., Callahan and Balio, JJ. (Filed Apr. 28, 1998.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DONK, Appellant. [673 NYS2d 955] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Attempted Assault, 2nd Degree.) Present—Denman, P. J., Pine, Wisner, Callahan and Boehm, JJ. (Filed Apr. 28, 1998.)